Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiff*
*Chrome Hearts LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHROME HEARTS LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>KMART CORPORATION, a Delaware Corporation; AMERICAN EXCHANGE TIME LLC, a New York Limited Liability Company; and DOES 1-10, inclusive,<br><br>Defendant. | CASE NO. 2:16-CV-07771-CAS-GJS<br><br>[~~PROPOSED~~] **ORDER DISMISSING ACTION WITH PREJUDICE** |

IT IS HEREBY ORDERED that this entire action, and all of the claims asserted therein, be dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a). Each party shall bear their own attorneys' fees and costs associated with this action.

DATED: June 5, 2017    By: _/s/ Christina A. Snyder_
Hon. Christina A. Snyder
**United States District Judge**

---

1
**[Proposed] Order**